# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **JOUREY NEWELL** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> **PELLA WINDOWS & DOORS, INC** ) <br> ) <br> *Defendant* ) | Civil Action No. 2:25-cv-06074-GAM |

## AFFIDAVIT OF SERVICE

I, Cory Gymer, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to PELLA WINDOWS & DOORS, INC in Polk County, IA on October 28, 2025 at 10:08 am at 3106 Ingersoll Ave, Des Moines, IA 50312-3910 by leaving the following documents with Natalie Scarpino who as Receptionist at Corporate Creation Network is authorized by appointment or by law to receive service of process for PELLA WINDOWS & DOORS, INC.

Summons in a Civil Action, Civil Cover Sheet, Class Action Complaint

Additional Description:
Registered agent was seated behind a desk, so her height and weight is an approximation

White Female, est. age 35-44, glasses: Y, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.5862865525,-93.6597091891
Photograph: See Exhibit 1

Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Cory Gymer* |
| __Polk County_____ , | Signature |
| __IA_____ on __10/29/2025_____ . | Cory Gymer |
| | +1 (515) 675-4094 |

Exhibit 1a)

