# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PELLA WINDOWS & DOORS, INC.,<br><br>　　　　Defendant. | Civil Action No. 2:25-cv-06074-GAM |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

　　Kindly enter the appearance of Michael P. Daly of Faegre Drinker Biddle & Reath LLP on behalf on Defendant Pella Windows & Doors, Inc. in the above-captioned matter.

Dated: November 17, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Daly*
　　　　　　　　　　　　　　　　　　　　Michael P. Daly (PA ID No. 86103)
　　　　　　　　　　　　　　　　　　　　FAEGRE DRINKER BIDDLE & REATH LLP
　　　　　　　　　　　　　　　　　　　　One Logan Square, Suite 2000
　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　　　　　　　　　　　　Telephone: 215-988-3393
　　　　　　　　　　　　　　　　　　　　Fax: 215-988-2757
　　　　　　　　　　　　　　　　　　　　michael.daly@faegredrinker.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　*Pella Windows & Doors, Inc.*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 17, 2025, a true and correct copy of the foregoing was electronically filed and served on all counsel of record via CM/ECF.

                */s/ Michael P. Daly*
                Michael P. Daly