IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL,<br><br>              Plaintiff,<br><br>       v.<br><br>PELLA WINDOWS & DOORS, INC.,<br><br>              Defendant. | Civil Action No. 2:25-cv-06074-GAM |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Elizabeth M. Casey of Faegre Drinker Biddle & Reath LLP on behalf on Defendant Pella Windows & Doors, Inc. in the above-captioned matter.

Dated: November 17, 2025

    Respectfully submitted,

*/s/ Elizabeth M. Casey*
Elizabeth M. Casey (PA ID 325696)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Telephone: 215-988-3393
Fax: 215-988-2757
elizabeth.casey@faegredrinker.com

*Counsel for Defendant*
*Pella Windows & Doors, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, a true and correct copy of the foregoing was electronically filed and served on all counsel of record via CM/ECF.

> */s/ Elizabeth M. Casey*
> Elizabeth M. Casey