IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL,<br><br>Plaintiff,<br><br>v.<br><br>PELLA WINDOWS & DOORS, INC.,<br><br>Defendant. | Civil Action No. 2:25-cv-06074-GAM |

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
PELLA WINDOWS & DOORS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Jourey Newell ("Plaintiff") and Defendant Pella Windows & Doors, Inc. ("Pella"), by and through their undersigned counsel and pursuant to Local Rule of Civil Procedure 7.4(b)(2), hereby stipulate and agree that the time within which Pella may respond to the Complaint is extended sixty (60) days from November 18, 2025, to January 19, 2025.  The parties agree that this extension is sought in good faith due to upcoming holidays and to allow Pella adequate time to investigate Plaintiff's claims, and would neither prejudice any party nor cause any undue delay. The parties further state that no previous requests for an extension have been made.

By: /s/ *Jeremy C. Jackson*
    Jeremy C. Jackson (PA ID 321557)
    Bower Law Associates, PLLC
    403 S. Allen St., Suite 210
    State College, PA 16801
    Tel.: (814) 23402626
    jjjackson@bower-law.com

    Anthony I. Paronich*
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Tel.: (508) 221-1510
    anthony@paronichlaw.com

By: */s/ Michael P. Daly*
    Michael P. Daly (PA ID 86103)
    Elizabeth M. Casey (PA ID 325696)
    Faegre Drinker Biddle & Reath LLP
    One Logan Square, Suite 2000
    Philadelphia, PA 19103-6996
    Tel.: (215) 988-2700
    michael.daly@faegredrinker.com
    elizabeth.casey@faegredrinker.com

    *Counsel for Defendant
    Pella Windows & Doors, Inc.*

1

*Counsel for Plaintiff Jourey Newell*
\**pro hac vice* motion forthcoming

                                      **SO ORDERED** this 17th  day of November, 2025


                                       /s/ Gerald Austin McHugh
                                      Hon. Gerald A. McHugh
                                      United States District Judge