IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUNTON CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No.: 2:25-cv-06074-GAM |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of Fred W. Hoensch of Hinshaw & Culbertson LLP on behalf of Defendant Gunton Corporation in the above-captioned action.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 3, 2026 | **HINSHAW & CULBERTSON LLP**<br>*Counsel for Defendant*<br>*Gunton Corporation*<br><br>By: */s/ Fred W. Hoensch*<br>Fred W. Hoensch<br>111 Wood Avenue, Suite 210<br>Iselin, NJ 08830<br>Telephone: (908) 374-0337<br>fhoensch@hinshawlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, the foregoing Notice of Appearance was electronically filed and served upon all counsel of record via the Court's CM/ECF system.

| | |
|---|---|
| Dated: March 3, 2026 | **HINSHAW & CULBERTSON LLP**<br>*Counsel for Defendant*<br>*Gunton Corporation*<br><br>By: */s/ Fred W. Hoensch*<br>Fred W. Hoensch<br>111 Wood Avenue, Suite 210<br>Iselin, NJ 08830<br>Telephone: (908) 374-0337<br>fhoensch@hinshawlaw.com |