IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GUNTON CORPORATION,<br><br>   Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

  Plaintiff Jourey Newell ("Plaintiff"), through his undersigned counsel, and Defendant Gunton Corporation ("Defendant"), through its undersigned counsel, agree and stipulate that Defendant's deadline to respond to Plaintiff's First Amended Complaint shall be extended from March 3, 2026 to March 10, 2026.  Defendant's deadline to respond to Plaintiff's First Amended Complaint has not been previously extended.

Stipulated to by:                 Stipulated to by:

/s/ Anthony Paronich             /s/ Fred W. Hoensch
Anthony Paronich               Fred W. Hoensch
PARONICH LAW, P.C.            HINSHAW & CULBERTSON LLP
350 Lincoln Street, Suite 2400         111 Wood Avenue, Suite 210
Hingham, MA 02043             Iselin, NJ 08830
Telephone: (508) 221-1510          Telephone: (908) 374-0337
anthony@paronichlaw.com          fhoensch@hinshawlaw.com
*Counsel for Plaintiff*              *Counsel for Defendant*

Dated:  March 3, 2026              Dated:  March 3, 2026

                     SO ORDERED:

                      /s/ Gerald Austin McHugh
                     _____
                     Hon. Gerald A. McHugh, U.S.D.J.

                            3/03/26