IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GUNTON CORPORATION,<br><br>    Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant Gunton Corporation ("Defendant"), through its undersigned counsel, respectfully requests that the Court dismiss Plaintiff Jourey Newell's First Amended Class Action Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of standing. Support for Defendant's motion is fully set forth in the memorandum of law filed simultaneously herewith.

Respectfully submitted,

Dated: March 10, 2026

**HINSHAW & CULBERTSON LLP**
*Counsel for Defendant*
*Gunton Corporation*

By: */s/ Fred W. Hoensch*
Fred W. Hoensch
111 Wood Avenue, Suite 210
Iselin, NJ 08830
Telephone: (908) 374-0337
fhoensch@hinshawlaw.com