### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GUNTON CORPORATION,<br><br>　　　　Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

### ORDER

THIS MATTER having been brought before the Court on the motion of Defendant Gunton Corporation ("Defendant") for an Order dismissing Plaintiff Jourey Newell's First Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) (the "Motion") for lack of standing, and this Court having considered the Motion and any opposition thereto, and for good cause having been shown:

**IT IS** on this \_\_\_\_ day of _____, _____, **ORDERED** that:

1. The Motion is **GRANTED**; and

2. Plaintiff's First Amended Complaint is **DISMISSED FOR LACK OF STANDING.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Gerald A. McHugh