IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>GUNTON CORPORATION,<br><br>      Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

**INDEX OF EXHIBITS REFERENCED IN DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

**Exhibit A** – Newell Contracting, LLC's Registration with the Pennsylvania Office of Attorney General

**Exhibit B** – Newell Contracting LLC's Registration with the Department of Transportation

**Exhibit C** – Registration with www.govcb.com regarding the landscaping services Plaintiff's business or businesses offered

**Exhibit D** – Filing from an action that proceeded in Court of Common Pleas, Montgomery County, Pennsylvania, Case Number 2018-20071

**Exhibit E** – Filing from an action that proceeded in Court of Common Pleas, Montgomery County, Pennsylvania, Case Number 2018-28194

**Exhibit F** – Filing from an action that proceeded in Court of Common Pleas, Montgomery County, Pennsylvania, Case Number 2022-16508

Dated: March 10, 2026

                                                **HINSHAW & CULBERTSON LLP**
                                                *Counsel for Defendant*
                                                *Gunton Corporation*

                                                By: */s/ Fred W. Hoensch*
                                                Fred W. Hoensch
                                                111 Wood Avenue, Suite 210
                                                Iselin, NJ 08830
                                                Telephone: (908) 374-0337
                                                fhoensch@hinshawlaw.com