# Exhibit A



# Redacted Business Report

**Registration Number:**  PA198656

## Business Information

| **Business Name** | **Applicant Type** | **In State (PA)** |
|---|---|---|
| Newell Contracting LLC | Limited Liability Company | Yes |

| **Business Street Address** | **Mailing Address** |
|---|---|
| 2832 Dekalb Pike #1110 | 2832 Dekalb Pike #1110 |
| East Norriton  PA, 19401 | East Norriton  PA, 19401 |

| **Website Address** | **Business Phone** | **Expiration Date** | **Status** |
|---|---|---|---|
| | 4842134132 | 2/4/2027 | Approved |

**Description**

Full landscaping, property maintenance, and renovation company providing a full gamut of services both indoors and outdoors.

**Types of Work**

## Business Backgroud Information

| | |
|---|---|
| **Filed a petition in bankruptcy?** | No |
| **Had a civil judgment entered against the person or their business in which the person held an interest within the past 10 years that was related to a home improvement transaction?** | No |
| **Had a home improvement registration or license issued by any state or political subdivision revoked or suspended pursuant to an order issued by a court?** | No |
| **Within the last 10 years, been suspended or debarred from participating in any federal, state, local, or not-for-profit program through which public funding or other assistance is provided to owners for home improvements?** | No |

## Other Business Names

No Other Business Names to display

## Primary Business Applicant Information

| **First Name** | **Last Name** | **Middle Initial** | **Title** |
|---|---|---|---|
| Jourey | Newell | | Member LLC |

THIS DOCUMENT IS THE PROPERTY OF THE PENNSYLVANIA OFFICE OF ATTORNEY GENERAL. DO NOT DISSEMINATE IT OR ITS CONTENTS OUTSIDE THE OFFICE OF ATTORNEY GENERAL WITHOUT THE EXPRESSED CONSENT OF THE ORIGINATOR.



# Redacted Business Report

**Registration Number:** PA198656

**Applicant Background Information**

Been convicted or pled guilty to:

| | |
|---|---|
| Fraud | No |
| Theft | No |
| A crime of deception | No |
| A crime involving fraudulent business practices | No |
| A criminal offense related to a home improvement transaction | No |

| | |
|---|---|
| Filed a petition in bankruptcy: | No |
| Had a civil judgment entered against the person or their business in which the person held an interest within the past ten years that was related to a home improvement transaction: | No |
| Had a home improvement registration or license issued by any political subdivision, municipality, agency whether local, state, federal or foreign revoked or suspended pursuant to an order issued by a court, or by agreement filed with a court: | No |
| Within the last ten years, been suspended or debarred from participating in any federal, state, local, foreign or not-for-profit program through which public funding or other assistance is provided to owners for home improvement | No |

**Prior Business Information**

No Prior Business Information to display

**Shareholder/Equity Owner Information**

No Shareholder/Equity Owner information to display

**Other Registrations or Licenses**

No Other Registations or Licenses to display

**Insurance Information**

| Name of Insured | Name of Company |
|---|---|
| Newell Contracting LLC | Erie Insurance |

| Personal Injury | Property Damage | Policy Number | Expiration Date |
|---|---|---|---|
| | | | |

THIS DOCUMENT IS THE PROPERTY OF THE PENNSYLVANIA OFFICE OF ATTORNEY GENERAL. DO NOT DISSEMINATE IT OR ITS CONTENTS OUTSIDE THE OFFICE OF ATTORNEY GENERAL WITHOUT THE EXPRESSED CONSENT OF THE ORIGINATOR.



## Redacted Business Report

**Registration Number:**     PA198656

| $1000000.00 | $2000000.00 | Q610097514 | 6/5/2025 |

**Method of Application**

Application was processed online

THIS DOCUMENT IS THE PROPERTY OF THE PENNSYLVANIA OFFICE OF ATTORNEY GENERAL. DO NOT DISSEMINATE IT OR ITS CONTENTS OUTSIDE THE OFFICE OF ATTORNEY GENERAL WITHOUT THE EXPRESSED CONSENT OF THE ORIGINATOR.