# Exhibit C

# NEWELL, JOUREY



**(484) 213-4132**,

409 Brandywine Ln King Of Prussia, PA 19406

Map (/government-vendors/place-SAM00000000001261661-newell-jourey-King-Of-Prussia-PA.htm) & Directions (/government-vendors/direction-SAM00000000001261661-newell-jourey-King-Of-Prussia-PA.htm)

## Company Profile

**Company Name:**
NEWELL, JOUREY

**Govcb Vendor ID:**
SAM00000000001261661

**Year Established:**
2016

**Business Type:**
Small Business, Small Disadvantage Business

## Products & Services

**NAICS Code(s)**

- [561730] Landscaping Services

## Contact Information

**Contact Person:**
JOUREY NEWELL

**Address:**
409 BRANDYWINE LANE, KING OF PRUSSIA, Pennsylvania, USA

**Phone Number:**
(484) 213-4132