# Exhibit D

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

JOUREY NEWELL

vs.

CHRISTINE CLARK

NO. 2018-20071

# COVER SHEET OF MOVING PARTY

Date of Filing  September 10  2018

Moving Party  JOUREY NEWELL

Counsel for Moving Party  JON C SIRLIN, Esq., ID: 17498

Document Filed (Specify)  MOTION

Matter is (Check One)  ☐ (Appealable)   ☒ (Interlocutory)

Discovery Needed  ☐ (Yes)  ☒ (No)

---

**CERTIFICATIONS** - Check **ONLY** if appropriate:

Counsel certify that they have conferred in a good faith effort to resolve the subject <u>discovery</u> dispute.
**(Required by Local Rule 208.2(e) on motions relating to discovery.)**

☐ (Yes)   ☐ (No)   ☒ (Not a Discovery Motion)

☐ Counsel for moving party certifies that the subject **civil motion** is **uncontested** by all parties involved in the case. (If checked, skip Rule to Show Cause section below.)

By: _____
Counsel for Moving Party

---

**RULE TO SHOW CAUSE** - Check **ONE** of the Choice Listed Below:

_____ Respondent is directed to show cause why the moving party is not entitled to the relief requested by filing an **answer** in the form of a **written response** at the **Office of the Prothonotary** on or before the _____ day of _____, 20 ____.

_____ Respondent is directed to show cause, in the form of a **written response**, why the attached Family Court Discovery Motion is not entitled to the relief requested. Rule Returnable and Argument the _____ day of _____, 20 ____ at **1:00 p.m.** at **321 Swede Street, Norristown, Pa.**

_____ Respondent is directed to file a **written response** in conformity with the Pennsylvania Rules of Civil Procedure

_____ Rule Returnable at time of trial.

By: _____
Court Administrator

Case# 2018-20071-6 Docketed at Montgomery County Prothonotary on 09/10/2018 12:24 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Jourey Newell
671 S. Gulph Road
King of Prussia, PA 19406
Jourey@contractcollect.com
484-213-4132

Plaintiff

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY,

PENNSYLVANIA

Civil Division - Law

| | |
|---|---|
| JOUREY NEWELL | No. 2018-20071 |
| Plaintiff | |
| v. | |
| CHRISTINE CLARK | |
| Defendant | |

**MOTION FOR ORDER TO RELEASE GARNISHED FUNDS TO PLAINTIFF**

TO THE HONORABLE, THE JUDGES OF SAID COURT:

AND NOW, comes Plaintiff JOUREY NEWELL, doing business as NEWELL LANDSCAPING, pro se, and hereby files this Motion for Order to Release Garnished Funds to Plaintiff. In support thereof, Plaintiff would show as follows:

1. This action was commenced in Magisterial District Court 38-1-09 by Plaintiff, who is a sole proprietor providing landscaping services to customers in Montgomery County.

2. Plaintiff brought this action against Defendant Christine Clark to recover an $883.48 unpaid invoice for landscaping services rendered. Plaintiff obtained a judgment in the amount of $1,025.73 on July 10, 2018. Defendant did not appeal this judgment.

Case# 2018-20071-6 Docketed at Montgomery County Prothonotary on 09/10/2018 12:24 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

3. On August 10, 2018, Plaintiff entered the judgment in the Court of Common Pleas of Montgomery County.

4. Plaintiff filed a Praecipe for Writ of Execution with Garnishee TD Bank on August 10, 2018. The same day, interrogatories to Garnishee TD Bank were filed. The total amount sought by Plaintiff in the writ of execution was 1197.96, which represents 1025.73 debt, 5.23 in interest, 68.00 in costs paid to the Prothonotary, and 99.00 costs paid to the Sheriff for service of the writ of execution.

5. On August 15, 2018, the Sheriff of Montgomery County served TD Bank with the Writ of Execution and Interrogatories.

6. In compliance with the Writ of Execution, TD Bank froze several accounts in the name of the Defendant.

7. On September 7, 2018, TD Bank, through its counsel of record, Jon C. Sirlin, filed Answers to Interrogatories. TD Bank's answer (attached as Exhibit A) states that the following accounts were held:

   a. Christine K. Clark (7696) with balance of $736.03.

   b. Christine K. Clark (7994) with a zero balance.

   c. Christopher L. Clark, Christine K. Clark (3648) with a balance of $794.56.

   d. Charles Edward Clark, IV, Christine K. Clark (5559) with a balance of $229.28

   e. Alexis Nicole Clark, Christine K. Clark (5559) with a balance of $61.88.

8. After already taking into account TD Bank's legal order processing charge in the amount of $125.00, the total amount available for execution is **$1,821.75**. Even after Garnishee's excessive "attorney fee" claimed in the amount of $350.00 to process a simple Answer to

Interrogatories, this balance is sufficient to satisfy the amount of the judgment plus interest and costs of 1197.96.

9. TD Bank requires an Order of the Court before they will release the funds to Plaintiff, because one or more of these accounts are titled as joint tenants.

10. Since Plaintiff performed landscaping services for the Defendant, Plaintiff is informed and has personal knowledge that Christopher L. Clark, Charles Edward Clark, and Alexis Nicole Clark are the Defendant's children. Of these children, only Alexis Nicole Clark is an adult – she is eighteen (18) years of age and upon information and belief, does not hold a full-time job. Plaintiff believes Alexis recently graduated high school.

11. Plaintiff believes, and therefore avers, that none of the attached funds are held as tenants by the entireties. The Defendant is not married.

12. Furthermore, it is believed, and therefore averred, that all attached funds belong to, and were earned by, the Defendant.

13. Plaintiff has personal knowledge that the Defendant is employed in the loan department at TD Bank, and earned these funds through her job at TD Bank.

14. Defendant has not appeared in the case, objected to the judgment or the attachment of her bank accounts, nor has she contacted the Plaintiff to make arrangements to pay the judgment.

15. Defendant has not filed a Claim of Exemption or otherwise objected to the levy.

16. No third-parties have filed a Claim of Exemption or otherwise come forward to say that some of the attached funds are theirs.

Case# 2018-20071-6 Docketed at Montgomery County Prothonotary on 09/10/2018 12:24 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2018-20071-6 Docketed at Montgomery County Prothonotary on 09/10/2018 12:24 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

17. Plaintiff is entitled to recover these attached funds to satisfy his judgment.

WHEREFORE, Plaintiff JOUREY NEWELL, doing business as NEWELL LANDSCAPING, respectfully requests that this Honorable Court enter an Order directing TD Bank to release the amount of 1197.96 to Plaintiff within twenty (20) days.

Date: 9/10/2018

Respectfully Submitted,

*Jourey Newell*
Jourey Newell
671 S. Gulph Road
King of Prussia, PA 19406
Jourey@contractcollect.com
484-213-4132

Plaintiff

Case# 2018-20071-6 Docketed at Montgomery County Prothonotary on 09/10/2018 12:24 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Jourey Newell
671 S. Gulph Road
King of Prussia, PA 19406
Jourey@contractcollect.com
484-213-4132

Plaintiff

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY,**

**PENNSYLVANIA**

**Civil Division - Law**

| | |
|---|---|
| JOUREY NEWELL<br><br>           Plaintiff<br><br>   v.<br><br>CHRISTINE CLARK<br><br>           Defendant | No. 2018-20071 |

<u>**ORDER:**</u>

**AND NOW,** this _____ day of _____, 2018, upon consideration of Plaintiff's Motion for Order to Release Garnished Funds to Plaintiff, and any response thereto, and finding good cause, it is hereby **ORDERED** that the Plaintiff's Motion is **GRANTED**.

TD Bank is hereby **ORDERED** to release the amount of $_____ currently being held pursuant to the writ of execution to Plaintiff Jourey Newell at the address of 671 S. Gulph Road, King of Prussia, PA 19406 within twenty (20) days.

Case# 2018-20071-6 Docketed at Montgomery County Prothonotary on 09/10/2018 12:24 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

BY THE COURT:

_____

                        J.