# Exhibit E

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

JOUREY NEWELL

vs.

BONZA LANDSCAPING AND HARDSCAPING INC

NO. 2018-28194

NOTICE IS GIVEN THAT THE ATTACHED DOCUMENT IN THE ABOVE CAPTIONED MATTER HAS BEEN ENTERED.

PROTHONOTARY

IF YOU HAVE ANY QUESTIONS CONCERNING THE ABOVE, PLEASE CONTACT:

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY
Signature

JOUREY NEWELL
Filing Party

ID Number

Firm Name

671 S GULPH RD
Address

KING OF PRUSSIA, PA 19406

4842134132
Phone

Case# 2018-28194-0 Docketed at Montgomery County Prothonotary on 12/03/2018 10:34 AM, Fee = $36.75. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF MONTGOMERY |  | **NOTICE OF JUDGMENT/TRANSCRIPT**<br>**CIVIL CASE** |

| Mag. Dist. No: | MDJ-38-1-09 |
|---|---|
| MDJ Name: | Honorable William I. Maruszczak |
| Address: | 168 Allendale Road<br>King of Prussia, PA  19406 |
| Telephone: | 610-265-3950 |

Contractor Collections Co.
v.
Bonza Landscraping & Hardscaping Inc, David Bonza

Contractor Collections Co.
Jourey Newell
671 S. Gulph Road
King of Prussia, PA  19406

Docket No: MJ-38109-CV-0000136-2018
Case Filed: 8/6/2018

### Disposition Summary  (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-38109-CV-0000136-2018 | Contractor Collections Co. | Bonza Landscraping & Hardscaping Inc | Judgment for Plaintiff | 09/25/2018 |
| MJ-38109-CV-0000136-2018 | Contractor Collections Co. | David Bonza | Judgment for Plaintiff | 09/25/2018 |

### Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| Bonza Landscraping & Hardscaping Inc | $2,290.54 | $0.00 | $2,290.54 |
| Contractor Collections Co. | $0.00 | $0.00 | $0.00 |
| David Bonza | $2,290.54 | $0.00 | $2,290.54 |

### Judgment Finding  (*Post Judgment)

In the matter of Contractor Collections Co. vs. Bonza Landscraping & Hardscaping Inc; David Bonza on MJ-38109-CV-0000136-2018, on 9/25/2018 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | 2,102.29 | $0.00 | | $2,102.29 |
| Costs | 188.25 | $0.00 | | $188.25 |
| | | | Grand Total: | $2,290.54 |

**Comments:**

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION.  YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

Date 9/25/18



Magisterial District Judge William I. Maruszczak

MDJS 315
Printed: 12/03/2018  9:36:51AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
610-265-3950

| | |
|---|---|
| Contractor Collections Co.<br>v.<br>Bonza Landscraping & Hardscaping Inc, David Bonza | Docket No.: MJ-38109-CV-0000136-2018 |

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

12/3/18
Date

_M.D. M_____
Magisterial District Judge

Case# 2018-28194-0 Docketed at Montgomery County Prothonotary on 12/03/2018 10:34 AM, Fee = $36.75. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Contractor Collections Co.  
v.  
Bonza Landscraping & Hardscaping Inc, David Bonza

Docket No.: MJ-38109-CV-0000136-2018

# Participant List

**Plaintiff(s)**

Contractor Collections Co.  
Jourey Newell  
671 S. Gulph Road  
King of Prussia, PA  19406

**Defendant(s)**

Bonza Landscraping & Hardscaping Inc  
518 E. Main Street  
Norristown, PA  19401

David Bonza  
518 E. Main Street  
Norristown, PA  19401

Case# 2018-28194-0 Docketed at Montgomery County Prothonotary on 12/03/2018 10:34 AM, Fee = $36.75. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.