IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br><br>GUNTON CORPORATION,<br><br>   Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

  Defendant Gunton Corporation ("Defendant"), through its undersigned counsel, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

  1. Defendant has no parent company; and

  2. No publicly held corporation owns 10% or more of Defendant's stock.

            Respectfully submitted,

Dated: March 13, 2026    **HINSHAW & CULBERTSON LLP**
*Counsel for Defendant*
*Gunton Corporation*

By: */s/ Fred W. Hoensch*
Fred W. Hoensch
111 Wood Avenue, Suite 210
Iselin, NJ 08830
Telephone: (908) 374-0337
fhoensch@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

      I, Fred W. Hoensch, certify that on March 13, 2026, I caused copies of foregoing Rule 7.1 Disclosure Statement to be electronically filed and served upon all counsel of record via the Court's CM/ECF system.

                                                    */s/ Fred W. Hoensch*
                                                    Fred W. Hoensch