# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff

vs.

GUNTON CORPORATION

        Defendant.

Case No. 25-cv-6074

## **DECLARATION OF JOUREY NEWELL**

1.    My name is Jourey Newell. I am over 18 years old and competent to testify to the matters stated herein.

2.    My telephone number, 484-213-XXXX, is a cellular telephone number that I use as my personal cell phone.

3.    I am the subscriber of record for this number and I pay the bill for this phone.

4.    This number is used primarily for personal, residential, and household purposes, including communicating with family and friends and managing my daily personal affairs.

5.    This number is my primary personal cell phone number.

6.    My telephone number 484-213-XXXX has been registered on the National Do Not Call Registry since at least 2016.

7.    I have never provided Defendant Gunton Corporation with my telephone number and have never consented to receive calls or text messages from Defendant.

8.    I have never done business with Defendant.

1

9. Defendant did not call my business number. My business uses a separate telephone number, 484-250-1170, which is the number I hold out publicly for business purposes.

10. Defendant instead directed its calls and messages to 484-213-XXXX, my personal cellular telephone number.

11. I do not hold 484-213-XXXX out to the public as a business number.

12. Defendant sent at least six telemarketing text messages to my cell phone between approximately June 2025 and September 2025.

13. In addition, Defendant placed at least three calls to my cell phone on or about July 11, August 12, and September 2, 2025.

14. Those calls resulted in a prerecorded voice message being left on my voicemail.

15. I listened to the voicemail message.

16. I did not want to receive these calls or messages.

17. The voicemails required me to listen to them or delete them, which wasted my time.

18. I did not invite, solicit, or want these communications.

19. I have taken steps to avoid unwanted telemarketing calls, including placing my number on the Do Not Call Registry.

20. Despite this, Defendant still contacted me multiple times.

21. I understand that Defendant has identified various documents and records in an attempt to characterize my personal cellular telephone number, 484-213-XXXX, as a business number. Those documents are either administrative in nature, outdated, or relate to a time period years before the events at issue in this case. They do not reflect how I actually used or

2

held out my telephone number during the relevant time period. As explained below, I have long maintained a separate telephone number for business purposes (484-250-1170), and any limited or incidental association of 484-213-XXXX with business activity ceased no later than 2019.

22.     With respect to Exhibit A, the inclusion of the telephone number 484-213-XXXX on the Pennsylvania Attorney General Home Improvement Contractor registration was inadvertent and not intended to designate that number as a public-facing business number. At the time of the filing, I understood the registration process to require a contact number for administrative or regulatory communication purposes with the State, not for publication or marketing use. My actual business telephone number—the number I hold out to the public for business purposes—is 484-250-1170. To the extent the 484-213-XXXX number appeared on that filing, it was a clerical or administrative entry and not reflective of how I used or held out that number to the public.

23.     With respect to Exhibit B, the Department of Transportation application requested a contact telephone number as part of its internal registration process. I provided a cellular number at the time without any understanding or expectation that the number would be publicly disseminated or used as a business contact number. Upon learning that the number may have been publicly associated with the business, I corrected the listing so that the proper business number—484-250-1170—is used. The inclusion of 484-213-XXXX was not intended to identify that number as a business line and does not reflect how I held out or used that number.

24.     With respect to Exhibit C, the information appears to be outdated and does not reflect my current or recent circumstances. I have not resided at 411 Brandywine Lane since approximately 2018. Additionally, while 484-213-XXXX may have at one time been used in connection with Newell Landscaping as a mixed-use number, that use ceased around 2019.

3

Since that time, the number has not been used for business purposes. Further, Newell Landscaping is no longer an active business entity as of 2023. Any continued association of that number with a business is the result of stale or third-party data and not my actual use of the number.

25. With respect to Exhibit D, the document reflects a 2018 court filing in connection with a single debt collection matter arising from work performed by Newell Landscaping. The inclusion of 484-213-XXXX on that filing was for purposes of court communication in that specific matter only. It was not intended to serve as a general business contact number or public-facing business line. At that time, the number may have had incidental or mixed use, but that use ended no later than 2019, after which the number was no longer used for business purposes.

26. With respect to Exhibit E, these filings relate to a limited number of small claims or judgment enforcement matters that were pursued through approximately 2019. These activities were tied to prior business operations that are no longer active. After 2019, I ceased using 484-213-XXXX for any business-related purpose. Any historical use reflected in these documents does not represent the nature of the number during the time period relevant to this case.

27. With respect to Exhibit F, although Newell Landscaping is referenced in the underlying case, the business was not an active participant in that litigation and I do not see any telephone number listed in connection with that filing. To the extent the Defendant relies on this exhibit, it does not demonstrate that 484-213-XXXX was used as a business number during the relevant time period. By that time, Newell Landscaping was no longer operating, and the number at issue was not used for business purposes.

28.    I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this March 17, 2026 in the United States of America,

Jourey Newell

5