IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL                              :
*individually and on behalf of a class of*   :
*all persons and entities similarly situated*  :
                                           :
   v.                                      :        CIVIL ACTION NO. 25-6074
                                           :
PELLA WINDOWS & DOORS, INC.     :

## ORDER

This 20th day of March, 2026, for the reasons that follow, it is hereby **ORDERED** that

Defendant Gunton Corporation's Motion to Dismiss, ECF 16, is **DENIED**.

As to Count 1, alleging violations of 47 U.S.C. § 227(b)(1)(A)(iii), Plaintiff has pleaded

facts plausibly alleging a concrete, albeit intangible, harm implicating privacy interests, *Susinno*

*v. Work Out World Inc.*, 862 F.3d 346, 351-52 (3d Cir. 2017), and the purposes for which he used

his phone are irrelevant for purposes of this claim, *see Gager v. Dell Fin. Servs., LLC*, 727 F.3d

265, 273 (3d Cir. 2013) ("The statutory provision under which Gager brought her claim bans the

use of '*any* automatic telephone dialing system' to call '*any* . . . cellular telephone service.'").

As to Count 2, alleging violations of 47 U.S.C. § 227(c), there is an issue of fact as to the

whether the number in question is of a residential, non-commercial nature, "which is not amenable

to resolution under Rule 12." *Newell v. JR Cap., LLC*, 791 F. Supp. 3d 571, 574 n.1 (E.D. Pa.

2025) (McHugh, J.); *Shelton v. Pro Source Lending Grp. LLC*, No. 24-4394, 2025 WL 817485, at

*3 n.3 (E.D. Pa. Mar. 14, 2025) (McHugh, J.).

                                        /s/ Gerald Austin McHugh
                                        United States District Judge