**IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated, <br><br>             Plaintiff, <br><br> v. <br><br> GUNTON CORPORATION, <br><br>             Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiff Jourey Newell ("Plaintiff"), through his undersigned counsel, and Defendant Gunton Corporation ("Defendant"), through its undersigned counsel, agree and stipulate subject to the Court's approval that Defendant's deadline to answer Plaintiff's First Amended Complaint shall be extended from April 3, 2026 to April 17, 2026.[1]

Stipulated to by:
*/s/ Anthony Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com
*Counsel for Plaintiff*

Dated:  April 2, 2026

Stipulated to by:
*/s/ Fred W. Hoensch*
Fred W. Hoensch
HINSHAW & CULBERTSON LLP
111 Wood Avenue, Suite 210
Iselin, NJ 08830
Telephone: (908) 374-0337
fhoensch@hinshawlaw.com
*Counsel for Defendant*

Dated:  April 2, 2026

SO ORDERED:

/s/ Gerald Austin McHugh

Hon. Gerald A. McHugh, U.S.D.J.

4/02/26

---

[1] The Court denied Defendant's motion to dismiss on March 20, 2026, which makes Defendant's current deadline to answer Plaintiff's Frist Amended Complaint April 3, 2026.