**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GUNTON CORPORATION,<br><br>        Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

**DEFENDANT'S MOTION TO BIFURCATE DISCOVERY**

Defendant Gunton Corporation, through its undersigned counsel, respectfully requests, pursuant to Federal Rules of Civil Procedure 26(c) and/or 42(b), that the Court bifurcate discovery and only allow discovery into whether Plaintiff Jourey Newell used the phone number at issue for business purposes rather than residential purposes.  The basis for the relief sought in this Motion is fully set forth in the Memorandum of Law filed contemporaneously herewith.

Respectfully submitted by,

Dated:  April 24, 2026

**HINSHAW & CULBERTSON LLP**
*Counsel for Defendant Gunton Corporation*

By: */s/ Fred W. Hoensch*
Fred W. Hoensch
111 Wood Avenue, Suite 210
Iselin, NJ 08830
Telephone: (908) 374-0337
fhoensch@hinshawlaw.com

1

2

## <u>CERTIFICATION OF COUNSEL</u>

The parties have met and conferred about bifurcating discovery in the manner Defendant proposes in the foregoing Motion.  Plaintiff's counsel objects.  After reasonable effort, the parties are unable to resolve this dispute.

Dated: April 24, 2026                              */s/ Fred W. Hoensch*
                                                                  Fred W. Hoensch

## CERTIFICATE OF SERVICE

I, Fred W. Hoensch, certify that on April 24, 2026, I caused a copies of the instant Motion, Memorandum of Law, Proposed Order, Index of Exhibits and all Exhibits thereto, to be electronically filed and served upon all counsel of record via the Court's CM/ECF system.

Dated: April 24, 2026                         /s/ Fred W. Hoensch
                                              Fred W. Hoensch