**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GUNTON CORPORATION,<br><br>　　　　　Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

**ORDER**

THIS MATTER having been brought before the Court on the motion of Defendant Gunton Corporation ("Defendant") for an Order: (1) bifurcating discovery; (2) only allowing discovery into whether the number at issue was a business or residential number to proceed at this time; and (3) allowing the parties sixty-days to complete such discovery, and this Court having considered the motion and any opposition thereto, and for good cause having been shown:

**IT IS** on this _____ day of _____, _____, **ORDERED** that:

1. The Motion is **GRANTED**;

2. Discovery is bifurcated and only discovery into whether the number at issue was a business or residential number is allowed at this time; and

3. The parties have sixty-days to complete such discovery.

_____
Honorable Gerald A. McHugh