**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated, <br><br>         Plaintiff, <br><br> v. <br><br> GUNTON CORPORATION, <br><br>         Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

<u>**INDEX OF EXHIBITS REFERENCED IN DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO BIFURCATE DISCOVERY**</u>

**Exhibit A** – Court's February 10, 2026 Order in *Newell v. JR Capital, LLC*

**Exhibit B** – Newell Contracting, LLC's Registration with the Pennsylvania Office of Attorney General

**Exhibit C** – Newell Contracting, LLC's Registration with the Department of Transportation  and a registration with www.govcb.com regarding the landscaping services Plaintiff's business or businesses offered

Dated:  April 24, 2026

Respectfully submitted by,
**HINSHAW & CULBERTSON LLP**
*Counsel for Defendant Gunton Corporation*

By: */s/ Fred W. Hoensch*
Fred W. Hoensch
111 Wood Avenue, Suite 210
Iselin, NJ 08830
Telephone: (908) 374-0337
fhoensch@hinshawlaw.com