# EXHIBIT C

# US DOT 4193978

## Newell Contracting Llc

DOT.report (https://dot.report/)     /     PA (https://dot.report/usdot/PA)

/     King Of Prussia (https://dot.report/usdot/PA/King+Of+Prussia)

/     USDOT 4193978 (https://dot.report/usdot/4193978)

/     Newell Contracting Llc (https://dot.report/usdot/4193978)

---

Below you will find all of the available information on DOT number 4193978 and its associated business, Newell Contracting Llc.

Newell Contracting Llc is  Not Allowed  to operate and is reporting 4 driver(s) and 2 power unit(s)

This data is current as of 2025-04-09T21:19:37.357+0000, click **HERE** (https://dot.report/refresh.php?dot=4193978) to check for updates.

---

| Legal Name | Phone Number | Email |
| --- | --- | --- |
| Newell Contracting Llc | (484) 213-4132 (https://phone.gd/phone/484-213-4132) | NEWELLCONTRACTINGLLC@GMAIL.COM G (mailto:NEWELLCONTRACTINGLLC@GMAIL.COM) |

| EIN Number | Location |
| --- | --- |
| 934123360 | 411 Brandywine Ln King Of Prussia, Pa 19406-2357, Us |

# View PDF

File size: 1.77MB. OS: Win free-pdf-creator.com



## Research Docs Software Now

Search for Documentation Software on Yahoo. View top results now

Yahoo                                                          Ope

**MCS-150** (https://omb.report/omb/2126-0013) Registration Information

## Carrier Registration Information (MCS-150 Date: 02/13/2024)

- **Legal Name:** NEWELL CONTRACTING LLC

- **DBA Name:**

- **U.S. DOT#:** 4193978

- **Vehicle Miles Traveled:**

- **Drivers:** 4

- **Carrier Operation:** Interstate

- **Passenger:** No

- **HM:** No

- **HHG:** No

- **New Entrant:** No

## Operation Classification

- PRIVATE PROPERTY

## Cargo Carried

- GENERAL FREIGHT

- MOTOR VEHICLES

- BUILDING MATERIALS

- LIQUIDS/GASES

- GARBAGE, REFUSE, TRASH

- CHEMICALS

- CONSTRUCTION

## Vehicle Type Breakdown

| Vehicle Type | Owned | Term Leased | Trip Leased |
|---|---|---|---|
| Straight Trucks | 2 | 0 | 0 |
| Truck Tractors | 0 | 0 | 0 |
| Trailers* | 2 | 0 | 0 |
| Hazmat Cargo Tank Trailers* | 0 | 0 | 0 |
| Hazmat Cargo Tank Trucks | 0 | 0 | 0 |
| Motor Coach | 0 | 0 | 0 |
| School Bus 1-8* | 0 | 0 | 0 |
| School Bus 9-15 | 0 | 0 | 0 |
| School Bus 16+ | 0 | 0 | 0 |
| Mini-Bus 16+ | 0 | 0 | 0 |

* Indicates power units not used by the Carrier Safety Measurement System when calculating total power units.



© dot.report (https://dot.report/) 2026 | privacy policy (/privacy-policy)

Use of this information constitutes acceptance for use in an AS IS condition. There are NO warranties, implied or otherwise, with regard to this information or its use. Any use of this information is at the user's risk. It is the responsibility of user to evaluate the accuracy, completeness or usefulness of any information, opinion, advice or other content. EACH USER WILL BE SOLELY RESPONSIBLE FOR ANY consequences of his or her direct or indirect use of this web site. ALL WARRANTIES OF ANY KIND ARE EXPRESSLY DISCLAIMED. This site will NOT BE LIABLE FOR ANY DIRECT, INDIRECT or any other kind of loss.

# NEWELL, JOUREY



**(484) 213-4132**,

409 Brandywine Ln King Of Prussia, PA 19406

Map (/government-vendors/place-SAM00000000001261661-newell-jourey-King-Of-Prussia-PA.htm) & Directions (/government-vendors/direction-SAM00000000001261661-newell-jourey-King-Of-Prussia-PA.htm)

## Company Profile

**Company Name:**
NEWELL, JOUREY

**Govcb Vendor ID:**
SAM00000000001261661

**Year Established:**
2016

**Business Type:**
Small Business, Small Disadvantage Business

## Products & Services

### NAICS Code(s)

- [561730] Landscaping Services

## Contact Information

**Contact Person:**
JOUREY NEWELL

**Address:**
409 BRANDYWINE LANE, KING OF PRUSSIA, Pennsylvania, USA

**Phone Number:**
(484) 213-4132