**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOUREY NEWELL** | **:** | |
| *individually and on behalf of a class of* | **:** | |
| *all persons and entities similarly situated* | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 25-6074** |
| | **:** | |
| **PELLA WINDOWS & DOORS, INC.** | **:** | |

**ORDER**

This 29th day of April, 2026, for the reasons that follow, it is hereby **ORDERED** that

Defendant Gunton Corporation's Motion to Bifurcate Discovery, ECF 22, is **DENIED**.

Plaintiff is correct that Count I of the Complaint does not require adjudication of any

threshold factual issues, with the result that bifurcation would not serve to promote efficient

resolution of the case.

                                                    /s/ Gerald Austin McHugh
                                                    United States District Judge