IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL, individually and on
behalf of a class of all persons and entities
similarly situated,                                              :        Case Number: 2:2025-cv-06074-GAM
                                                                          _____
                                         Plaintiff,              :
                                                                 :
                                                                 :
                    v.                                           :
                                                                 :
GUNTON CORPORATION,                                              :
                                         Defendant.              :

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☐    GRANTED.  The Clerk is DIRECTED to add ___Joseph D. Kern___, Esquire as counsel for

___Defendant Gunton Corporation___.  ___Joseph D. Kern___ is DIRECTED to request ECF filing access

using their PACER Account[1]

☐    DENIED.

_____
, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:25-cv-06074-GAM

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Joseph D. Kern the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Defendant . My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| Illinois | 11/10/2011 | 6306314 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

See attached.

| | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am seeking to enter my appearance for Defendant Gunton Corporation

Name of Attorney: Joseph D. Kern

Firm Address: 151 N. Franklin Street, Suite 2500, Chicago, IL 60606

Telephone Number: 312-704-3000

Email Address: jkern@hinshawlaw.com

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on 5/14/26
(Date)

_____
(Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Joseph D. Kern to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Fred W. Hoensch | /s/ Fred W. Hoensch | 2/2/09 | 208894 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER
Hinshaw & Culbertson LLP

111 Wood Avenue South, Suite 210, Iselin, NJ 08830

908-374-0337

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on   5/14/26                        /s/ Fred W. Hoensch

      *(Date)*                                  *(Sponsor's signature)*

| **Court/State** | **Year Admitted** |
| --- | --- |
| Illinois | 2011 |
| United States District Court for the Northern District of Illinois | 2012 |
| United States Court of Appeals for the Seventh Circuit | 2016 |
| United States District Court for the Southern District of Illinois | 2017 |
| United States District Court for the Central District of Illinois | 2019 |
| United States District Court for the Southern District of Indiana | 2019 |
| United States District Court for the Eastern District of Wisconsin | 2022 |

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Joseph D. Kern

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2011 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 12th day of May, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL, individually and on
behalf of a class of all persons and entities :     Case Number: 2:25-cv-06074-GAM
similarly situated,     _____

               Plaintiff,     :

       v.     :

                              :

GUNTON CORPORATION,     :
               Defendant.

## CERTIFICATE OF SERVICE

    I declare under penalty of perjury that a copy of the motion of Joseph D. Kern _____,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

    Electronically via the Court's CM/ECF System to all counsel of record for the parties.

_____
(Signature of Attorney)

Joseph D. Kern
_____
(Name of Attorney)

Defendant Gunton Corporation
_____
(Name of Moving Party)

5/14/26
_____
(Date)