IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JOUREY NEWELL, individually and on
behalf of a class of all persons and entities
similarly situated,

               Plaintiff,

     v.

GUNTON CORPORATION,

               Defendant.

:
:
:
:
:
:
:

Case Number: 2:2025-cv-06074-GAM

ORDER

AND NOW, this 15th day of May, 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[ X ]  GRANTED.  The Clerk is DIRECTED to add Joseph D. Kern, Esquire as counsel for

Defendant Gunton Corporation.  Joseph D. Kern is DIRECTED to request ECF filing access

using their PACER Account[1].

[ ]  DENIED.

/s/ Gerald Austin McHugh
_____
, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).