**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GUNTON CORPORATION, <br><br> Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

## JOINT MOTION TO STAY THIS MATTER PENDING MEDIATION

Plaintiff Jourey Newell ("Plaintiff") and Defendant Gunton Corporation ("Defendant") (collectively the "Parties"), through their undersigned counsel, respectfully request that the Court stay this matter pending a mediation scheduled for June 23, 2026 and reschedule the June 9, 2026 Rule 16 Pretrial Conference until a date after the mediation if the mediation is unsuccessful. The Parties state as follows in support:

1.     This is a putative class action that involves alleged violations of the Telephone Consumer Protection Act ("TCPA").

2.     The Parties have conducted an informal exchange of information which has put them in a position to explore a potential resolution of this matter. As such, the Parties agreed to participate in a mediation and have a mediation set with mediator Aaron Weiss on June 23, 2026.

3.     The Parties respectfully request that the Court stay this matter pending their June 23, 2026 mediation, hold all deadlines in abeyance until after the mediation, and reschedule the June 9, 2026 Rule 16 Pretrial Conference to a date after the mediation if the mediation is unsuccessful.

4.     The Parties' requested stay avoids the wasting of additional resources and avoids additional litigation expenses until they know whether they will be able to resolve this matter.

5.     The Parties' requested short-lived stay will not unduly delay this litigation in the event the mediation is unsuccessful given the mediation is scheduled for June 23, 2026 (i.e., twenty-days from the filing of this motion).

WHEREFORE, the Parties respectfully request that the Court grant their instant motion, stay this matter pending their June 23, 2026 mediation, hold all deadlines in abeyance pending mediation, and reschedule the June 9, 2026 Rule 16 Pretrial Conference to a date after the mediation if the mediation is unsuccessful.

Dated:  June 3, 2026                              Respectfully submitted:

**HINSHAW & CULBERTSON LLP**
*Counsel for Defendant Gunton Corporation*

By: */s/ Fred W. Hoensch*
Fred W. Hoensch
111 Wood Avenue, Suite 210
Iselin, NJ 08830
Telephone: (908) 374-0337
fhoensch@hinshawlaw.com

By: */s/ Joseph D. Kern*
David M. Schultz
Joseph D. Kern
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: (312) 704-3000
dschlutz@hinshawlaw.com
jkern@hinshawlaw.com

**PARONICH LAW, P.C.**
*Counsel for Plaintiff Jourey Newell*

By: */s/ Anthony Paronich*
Anthony Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

**BOWER LAW ASSOCIATES, PLLC**
*Counsel for Plaintiff Jourey Newell*

By: */s/ Jeremy C. Jackson*
Jeremy C. Jackson
403 S. Allen Street, Suite 210
State College, PA 16801
Telephone: (814) 234-2626
jjackson@bower-law.com

## CERTIFICATE OF SERVICE

I, Fred W. Hoensch, certify that on June 3, 2026, I caused a copies of the instant Motion and Proposed Order to be electronically filed and served upon all counsel of record via the Court's CM/ECF system.

Dated: June 3, 2026                    */s/ Fred W. Hoensch*
                                       Fred W. Hoensch