**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GUNTON CORPORATION,<br><br>        Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

**ORDER**

THIS MATTER having been brought before the Court on the joint motion of Plaintiff Jourey Newell and Defendant Gunton Corporation's (collectively the "Parties") for an Order staying this matter pending mediation, and this Court having considered the motion, and for good cause having been shown:

**IT IS** on this _____ day of _____, _____, **ORDERED** that:

1.      The motion is **GRANTED**;

2.      This matter and all deadlines are stayed pending the Parties June 23, 2026 mediation;

3.      The Parties shall submit a status report to the Court by June 30, 2026 regarding the results of the mediation; and

4.      The June 9, 2026 Rule 16 Pretrial Conference is stricken and is to be rescheduled for a date after the mediation if the mediation is unsuccessful.

_____
Honorable Gerald A. McHugh