**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>GUNTON CORPORATION,<br><br>       Defendant. | Civil Action No.: 2:25-cv-06074-GAM |

**JOINT STATUS REPORT REGARDING MEDIATION**

Plaintiff Jourey Newell ("Plaintiff") and Defendant Gunton Corporation ("Defendant") (collectively the "Parties"), through their undersigned counsel, respectfully submit this status report pursuant to the Court's June 3, 2026 order (ECF No. 31):

1.     The parties mediated this case on June 23, 2026 as scheduled.

2.     The parties reached a settlement.

3.     The parties anticipate that they will require approximately sixty (60) days to file a stipulation of dismissal with the Court.

4.     The parties respectfully request that the Court administratively close this matter or otherwise stay all deadlines until the parties file the stipulation of dismissal.

Dated:  June 26, 2026

Respectfully submitted:

**HINSHAW & CULBERTSON LLP**
*Counsel for Defendant Gunton Corporation*

By: */s/ Fred W. Hoensch*
Fred W. Hoensch
111 Wood Avenue, Suite 210
Iselin, NJ 08830
Telephone: (908) 374-0337
fhoensch@hinshawlaw.com

By: */s/ Joseph D. Kern*
David M. Schultz
Joseph D. Kern
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: (312) 704-3000
dschlutz@hinshawlaw.com
jkern@hinshawlaw.com


**PARONICH LAW, P.C.**
*Counsel for Plaintiff Jourey Newell*

By: */s/ Anthony Paronich*
Anthony Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

**BOWER LAW ASSOCIATES, PLLC**
*Counsel for Plaintiff Jourey Newell*

By: */s/ Jeremy C. Jackson*
Jeremy C. Jackson
403 S. Allen Street, Suite 210
State College, PA 16801
Telephone: (814) 234-2626
jjackson@bower-law.com

## <u>CERTIFICATE OF SERVICE</u>

I, Fred W. Hoensch, certify that on June 26, 2026, I caused a copies of this Joint Status Report to be electronically filed and served upon all counsel of record via the Court's CM/ECF system.

Dated: June 26, 2026

*/s/ Fred W. Hoensch*
Fred W. Hoensch