**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUNTON CORPORATION,<br><br>Defendant. | Case No. 25-cv-6074 |

**JOINT MOTION TO EXTEND STAY**

Plaintiff Jourey Newell and Defendant Gunton Corporation (the "Parties"), by and through their undersigned counsel, jointly move for a fourteen-day extension of the stay presently in place in this action and state as follows:

1. On June 29, 2026, the Court entered an Order staying all deadlines in this action in light of their June 23, 2026 mediation which resulted in a settlement. ECF No. 33.

2. The Court directed that, if the Parties did not file their stipulation of dismissal within sixty days, they must seek an extension of the stay.

3. The Parties anticipate filing a stipulation of dismissal shortly, but require a brief additional period of time to do so.

4. Accordingly, the Parties jointly request that the Court extend the existing stay for fourteen days, through September 11, 2026, to allow them additional time to file a stipulation of dismissal without unnecessarily reopening deadlines.

WHEREFORE, the Parties respectfully request that the Court extend the existing stay through September 11, 2026.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Anthony Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 LINCOLN ST SUITE 2400
HINGHAM, MA 02043
508-221-1510
Email: anthony@paronichlaw.com

*Attorneys for Plaintiff*

*/s/ Joseph D. Kern*
Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3000
Email: jkern@hinshawlaw.com

*Attorneys for Defendant*