**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOUREY NEWELL** | : | |
| ***individually and on behalf of a class of*** | : | |
| ***all persons and entities similarly situated*** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-6074** |
| | : | |
| **PELLA WINDOWS & DOORS, INC.** | : | |

**ORDER**

This 31st day of August, 2026, it is hereby **ORDERED** that the parties' Joint Motion to Extend Stay, ECF 34, is **GRANTED**. The stay in this matter is extended through September 11, 2026.

/s/ Gerald Austin McHugh
United States District Judge