**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOUREY NEWELL, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

vs.

GUNTON CORPORATION,

Defendant.

Case No. 25-cv-6074

**STIPULATION OF DISMISSAL**

Plaintiff Jourey Newell ("Plaintiff") and Defendant Gunton Corporation ("Defendant"), through their undersigned counsel, file this stipulation of dismissal dismissing Plaintiff's claims against Defendant in this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: September 11, 2026

Respectfully submitted by:

*/s/ Anthony Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 LINCOLN ST SUITE 2400
HINGHAM, MA 02043
508-221-1510
Email: anthony@paronichlaw.com
*Attorneys for Plaintiff*

*/s/ Joseph D. Kern*
Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3000
Email: jkern@hinshawlaw.com
*Attorneys for Defendant*